AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00162 |
| Darrell Goins | ) Assigned To : Judge Zia M. Faruqui |
| DOB: XXXXXX | ) Assign. Date : 5/3/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                    *Offense Description*

18 U.S.C. § 231(a)(3) - Civil Disorder,
18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon ,
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 1752(a)(1), (2), (4), and (b)(1) - Entering and Remaining, Disorderly or Disruptive Conduct, and Act of Physical Violence in a Restricted Building or Grounds Using a Dangerous Weapon,
40 U.S.C. § 5104(e)(2)(D) and (F) - Disorderly or Disruptive Conduct and Act of Physical Violence in a Capitol Building or Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

██████████, Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __05/03/2024__

*Judge's signature*

City and state:     Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*