AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

605-569-0997

United States of America
v.
Darrell Goins

Defendant

) Case: 1:24-mj-00162
) Assigned To : Judge Zia M. Faruqui
) Assign. Date : 5/3/2024
) Description: COMPLAINT W/ARREST WARRANT
)
)
)

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Darrell Goins ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon ;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 1752(a)(1), (2), (4), and (b)(1) - Entering and Remaining, Disorderly or Disruptive Conduct, and Act of Physical Violence in a Restricted Building or Grounds Using a Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(D) and (F) - Disorderly or Disruptive Conduct and Act of Physical Violence in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 05/03/2024

*Issuing officer's signature*  Zia M. Faruqui

City and state:  Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  5/9/24 , and the person was arrested on *(date)*  5/9/24
at *(city and state)*  Belle Tourche, SD .

Date:  5/9/24

*Arresting officer's signature*

Special Agent Stephen Beery
*Printed name and title*